No. 88–1003. COLONIAL SAVINGS ASSN. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 88–1099. BV ENGINEERING *v.* UNIVERSITY OF CALIFORNIA, LOS ANGELES. C. A. 9th Cir. Motions of Columbia Pictures Industries, Inc., et al., Association of American Publishers, Inc., et al., Center for the Protection of Creative Rights, and American Intellectual Property Law Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–1165. COUNTY OF SONOMA *v.* HERRINGTON ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 88–1204. AVINS ET AL. *v.* VIRGINIA COUNCIL OF HIGHER EDUCATION ET AL. Sup. Ct. Va. Motion of Coalition for Religious Freedom for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–1229. OHIO *v.* BOWE ET AL. Ct. App. Ohio, Summit County. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1266. IDAHO STATE TAX COMMISSION ET AL. *v.* BLANGERS ET AL. Sup. Ct. Idaho. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 88–1275. CRIST, RECEIVER FOR TRANSIT CASUALTY CO. *v.* WAL-MART STORES, INC., ET AL. C. A. 8th Cir. Motion of Texas Property & Casualty Insurance Guaranty Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.